DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PENNI L. CONROY,** as Personal Representative of the ESTATE OF
THOMAS REGIS CONROY, JR.,
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF CORRECTIONS,**
Appellee.

No. 4D16-4119

[November 22, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 502015CA012481XXXXMB.

Diego C. Asencio of Diego C. Asencio, P.A., North Palm Beach, for appellant.

William E. Calnan of Waldman Trigoboff Hildebrandt & Calnan, P.A.m Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***